UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br><br>and<br><br>HEALTHLINK, INC.<br><br>        v.<br><br>DOMINION ENERGY<br>NEW ENGLAND, INC.,<br><br>        Defendant. | Case No. 1:10-cv-11069 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 24, 2010.

/s/ Shanna Cleveland
Shanna Cleveland, Esq.

Dated: June 24, 2010